# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

ANTHONY DRAKE PERKINS

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 5:97CR214-7-V & 5:02CR17-1-V

USM Number: 1688-057

Noell Tin
Defendant's Attorney

**F I L E D**
STATESVILLE, N.C.

**MAY 1 8 2005**

U.S. DISTRICT COURT
W. DIST. OF NC

**THE DEFENDANT:**

X    admitted guilt to violation of condition(s) <u>1, 2, 3, 4, 5 & 6</u> of the term of supervision.

___    Was found in violation of condition(s) count(s) _____ After denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Drug/alcohol use | 8/27/03 |
| 2 | New law violation | 1/1/04 |
| 3 | Failure to comply with drug testing/treatment requirements | 9/7/04 |
| 4 | Failure to submit monthly supervision reports | 10/05/04 |
| 5 | New law violation | 9/1/04 |
| 6 | New law violation | 9/29/04 |

The Defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, <u>United States v. Booker</u>, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

___    The Defendant has not violated condition(s) _____ And is discharged as such to such violation(s) condition.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.:    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

Defendant's Date of Birth:    04/17/69

Defendant's Mailing Address:
c/o Mecklenburg Co. Jail
Charlotte, NC

Date of Imposition of Sentence: April 20, 2005

Signature of Judicial Officer

Richard L. Voorhees
United States District Judge

Date: 5-13-05

Defendant: ANTHONY DRAKE PERKINS
Case Number: 5:97CR214-7-V & 5:02CR17-1-V

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>FORTY (40) MONTHS IN CASE NO. 5:97CR214-7-V AND FIFTEEN (15) MONTHS IN CASE NO. 5:02CR17-1-V, ALL SUCH TERMS TO RUN CONCURRENTLY.</u>

## BALANCE OF COURT APPOINTED COUNSEL FEES ARE REMITTED.

___ The Court makes the following recommendations to the Bureau of Prisons:

_X_ The Defendant is remanded to the custody of the United States Marshal.

___ The Defendant shall surrender to the United States Marshal for this District:

       ___ as notified by the United States Marshal.

       ___ at___a.m. / p.m. on ___.

___ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

       ___ as notified by the United States Marshal.

       ___ before 2 p.m. on ___.

       ___ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy Marshal